United States District Court
Southern District of Texas
**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NDIAGA NGUIRANE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-552 |
| | § | |
| | § | |
| MARKWAYNE MULLIN, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed Petitioner Ndiaga Nguirane's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 5). To facilitate the Court's consideration of the issues Petitioner presents in his Motion, it is:

**ORDERED** that by no later than May 28, 2026, Respondents shall file a response to Petitioner Ndiaga Nguirane's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 5).

Signed on May 22, 2026.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge

1 / 1